UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

**CASE NO.:** CV 11-08697 SJO (PJWx)  **DATE:** November 15, 2011

**TITLE:** Joao Control and Monitoring Systems LLC v. Monitoring Systems LLC v. GSMC Inc

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                        Not Present
Courtroom Clerk                         Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**   **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                             Not Present

========================================================================
**PROCEEDINGS (IN CHAMBERS):**

On November 3, 2011, the Court issued an Order to Show Cause requiring counsel to comply with the notice to counsel [5] and Local Rule 83-1.3 re Notice of Related Cases by on or before November 14, 2011. To date Plaintiff has failed to comply. Accordingly, the Court Orders this matter dismissed.